JOSEPH MANDELL, Individually and as Administrator of the Estate of ANGELINE MANDELL, Deceased, Appellant, *v.* GEORGE A. ROBINSON, Doing Business under the Name of ROCHESTER FIREWORKS COMPANY, Respondent, et al., Defendants.

Submitted May 21, 1945; decided May 24, 1945.

*Casper V. Baltensperger* for motion.
No one opposed.

Motion granted and appeal dismissed, with costs, and $10 costs of motion, unless within ten days the plaintiff files and serves an undertaking or obtains a certification that a constitutional question is involved, and pays $10 costs, in which event the motion is denied.